IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-HC-2255-D

| | |
|---|---|
| DANIEL BOICE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WARDEN, FCI BUTNER MEDIUM I, ) | |
| ) | |
| Respondent. ) | |

On December 8, 2025, Daniel Boice ("Boice"), a federal inmate proceeding pro se, filed an "emergency petition for writ of habeas corpus under 28 U.S.C. § 2241" [D.E. 1]. Boice argues that he is entitled to additional credit against his sentence pursuant to the First Step Act and seeks an "[i]mmediate transfer to Duke University Hospital for evaluation and treatment of [his] nephrological and hematological conditions." Id. at 10.

Boice's mother electronically signed the petition on his behalf. See id. Pro se filings "must contain the original signature of the . . . unrepresented person." Local Civil Rule 5.1(f), EDNC (emphasis added); cf. Rule 2(c)(5), Rules Governing Section 2254 Petitions.[1] The petition is not signed by Daniel Boice.

Boice did not pay the filing fee or seek leave to proceed in forma pauperis. The mandatory filing fee for a petition for a writ of habeas corpus is $5.00. See 28 U.S.C. § 1914(a); see, e.g., Harris v. Vaughn, 129 F. App'x 684, 686, 688–89 (3d Cir. 2005) (unpublished); Weaver v.

---

[1] Boice's mother does not qualify as an authorized signatory under 28 U.S.C. § 2242. Cf. Whitmore v. Arkansas, 495 U.S. 149, 166 (1990); Morris v. United States, 399 F. Supp. 720, 722 (E.D. Va. 1975).

Thomas, 399 F. Supp. 615, 617 (S.D. Tex. 1975). Thus, the court DISMISSES WITHOUT PREJUDICE the petition. See, e.g., McFadden v. North Carolina, 473 F. App'x 341, 342 (4th Cir. 2012) (per curiam) (unpublished); Carswell v. O'Brien, 353 F. App'x 834, 2009 WL 4049035, at *1 (4th Cir. 2009) (per curiam) (unpublished). The clerk shall close the case.

SO ORDERED. This _6_ day of February, 2026.

JAMES C. DEVER III
United States District Judge